UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

**FILED IN OPEN COURT**

**MAY 1 2 2005**

At_____M
STEPHEN R. LUDWIG, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

**SEALED**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | INDICTMENT |
| | ) | (1 count) |
| v. | ) | |
| | ) | |
| JOSHUA S. FIRESTONE (1) | ) | 18 U.S.C. § 922(a)(6) |
| COLEY A. MAYERSKY (2) | ) | |

3:05CR00  AS

**THE GRAND JURY CHARGES:**

**Count 1**

In or around July 2004, in the Northern District of Indiana,

**JOSHUA S. FIRESTONE AND COLEY A. MAYERSKY,**

defendans herein, in connection with the acquisition of a firearm from a licensed firearms dealer, Midwest Gun Exchange, Inc., of Mishawaka, Indiana, knowingly made and furnished a false and fictitious written statement that was intended to or likely to deceive the licensed dealer as to a fact material to the lawfulness of the sale of a firearm to the defendant under chapter 44 of Title 18 in that the defendant represented that he was the actual buyer of the firearms listed on the Firearms Transaction Record ATF Form 4473 when in fact he was not.

1

In violation of Title 18 United States Code, Sections 922(a)(6), 924(a)(2) and 2.

Dated: May 12, 2005

                                                A TRUE BILL:

                                                s/ Foreperson
                                                _____
                                                Grand Jury Foreperson

JOSEPH S. VAN BOKKELEN  
UNITED STATES ATTORNEY

          s/ Donald J. Schmid  
By:   _____  
          Donald J. Schmid  
          Assistant United States Attorney